IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
No. 98-10736
Summary Calendar

MARY T. DODEN,

    Plaintiff-Appellant,

v.

LOCKHEED MARTIN VOUGHT SYSTEMS; STEVE BARANOWSKI,

    Defendants-Appellees.


---------------------------------
Appeal from the United States District Court
for the Northern District of Texas
(3:97-CV-1525-T)
---------------------------------
December 15, 1998

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:*

Appellant, Mary T. Doden ("Doden"), appeals from an adverse summary judgment dismissing her claim brought pursuant to the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12117 ("ADA"). Rather than determine whether the ADA would permit a cause of action for a hostile work environment, the district court assumed that such an action would be available and found the actions complained of were

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1

insufficient to constitute a claim for harassment.  We agree and affirm for the reasons set forth in the district court's order granting summary judgment dated May 20, 1998.  <u>See also</u> <u>McConathy</u> <u>v.</u> <u>Dr.</u> <u>Pepper/Seven</u> <u>Up</u> <u>Corp.</u>, 131 F.3d 558, 563 (5th Cir. 1998).

AFFIRMED.